United States District Court
Southern District of Texas
**ENTERED**
November 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROLENE BARNETTE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:15-cv-03720 |
| SUN LIFE ASSURANCE COMPANY OF CANADA, HEICO HOLDING, INC., AND HEICO HOLDINGS EMPLOYEE WELFARE BENEFIT PLAN, | § § § § § § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA

Plaintiff Carolene Barnette ("Plaintiff") and Defendant Sun Life Assurance Company of Canada ("Sun Life") have announced to the Court that the matters in controversy between them have been settled. In accordance with the stipulation of dismissal with prejudice signed by counsel for the parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by and between Plaintiff and Sun Life are DISMISSED WITH PREJUDICE; it is further

ORDERED that all costs are taxed against the party incurring them; it is further

ORDERED that all remaining claims between Plaintiff and Heico Holding, Inc. and Heico Holdings Employee Welfare Benefit Plan shall remain pending by the Court.

SO ORDERED this 14th day of November, 2016.

By: */s/ James C. Plummer*

    James C. Plummer
    Amar Raval

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

Plummer|Raval
4203 Montrose Blvd., Suite 270
Houston, Texas 77006
(713) 522-2887
(713) 522-3605 Fax
jplummer@plummerlawyers.com
araval@plummerlawyers.com

ATTORNEYS FOR CAROLENE BARNETTE


By: */s/ Bill E. Davidoff*
    Bill E. Davidoff
    State Bar No. 00790565
    Federal I.D. No. 19513
    bill.davidoff@figdav.com
    Attorney-in-Charge

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
TEL: 214.939.2000
FAX: 214.939.2090

ATTORNEYS FOR DEFENDANT SUN LIFE
ASSURANCE COMPANY OF CANADA