IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CAROLEEN BARNETTE,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| § | CIVIL ACTION NO. 4:15-cv-03720 |
| VS. § | |
| § | |
| **SUNLIFE ASSURANCE COMPANY** § | |
| **OF CANADA, HEICO HOLDING, INC.** § | |
| **AND HEICO HOLDINGS EMPLOYEE** § | |
| **WELFARE BENEFIT PLAN** § | |
| *Defendant.* § | |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS HEICO HOLDING, INC. AND HEICO HOLDINGS EMPLOYEE WELFARE BENEFIT PLAN AND KENMOR ELECTRIC COMPANY, L.P.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Carolene Barnette ("Plaintiff") and Defendants Heico Holding, Inc., Heico Holdings Employee Welfare Benefit Plan and KenMor Electric Company, L.P., by and through their undersigned counsel, announce to the Court that the matters in controversy between them have been settled. In accordance with the release agreement, the parties stipulate as follows;

1. That all claims, demands, debts, or causes of action asserted or assertable herein by and between Plaintiff and Defendants Heico Holding, Inc., Heico Holdings Employee Welfare Benefit Plan and KenMor Electric Company, L.P. be DISMISSED WITH PREJUDICE; and

2. That all costs be taxed against the party incurring them.

**STIPULATED TO AND APPROVED BY:**

By: */s/ James C. Plummer w/ permission*
    James C. Plummer
    TBA:16075700
    Federal I.D. No. 3692
    Amar Raval, TBA#24046682
    S.D. I.D. No. 619209
    BERG, PLUMMER, JOHNSON & RAVAL, LLP
    4203 Montrose Blvd., Ste. 270
    Houston, Texas 77006
    (713) 522-2887
    (713) 522-3605 (Fax)
    **ATTORNEYS FOR PLAINTIFF,**
    **CAROLENE BARNETTE**

By: */s/ Brad L. Sklencar*
    Ben Aderholt, Esq.
    Attorney-in-charge
    State Bar No. 00909000
    Southern District No. 5877
    COATS | ROSE, P.C.
    19 Greenway Plaza, Suite 110
    Houston, Texas 77046
    Telephone:   (713) 653-7317
    Facsimile:   (713) 651-0220
    baderholt@coatsrose.com

    OF COUNSEL:
    Brad L. Sklencar
    State Bar No. 1847423
    Southern District No. 13093
    **COATS | ROSE, P.C.**
    1020 Northeast Loop 410, Suite 800
    San Antonio, Texas 78209
    Telephone:   (210) 224-7098
    Facsimile:   (210) 212-5698
    bsklencar@coatsrose.com
    **ATTORNEYS FOR HEICO HOLDINGS, INC.**
    **AND HEICO HOLDINGS EMPLOYEE WELFARE BENEFIT PLAN**
    **AND KENMOR ELECTRIC COMPANY, L.P.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

*/s/ Brad L. Sklencar*
Brad L. Sklencar